# PREMIER
## PSYCHOLOGICAL SERVICES, PLLC

November 26, 2021

Jordan S. Kushner
Attorney-at-Law
431 South 7th Street, Suite 2446
Minneapolis, MN 55415

Re: Thomas Wilder Mosley

Dear Mr. Kushner:

Per our conversation on 11/11/2021, I am providing an update regarding Mr. Mosley's counseling since my initial letter on 07/22/2021. Since that time, I have continued to see Thomas via telehealth on a monthly basis. We have had four sessions (07/29/2021; 08/31/2021; 10/13/2021; and 11/9/2021) and we have to upcoming sessions scheduled for 12/08/2021 and 01/04/2022. Mr. Mosley has been diligent in keeping his appointments. He has always been on time and participatory in his sessions.

With regards to Mr. Mosley's upcoming sentencing hearing in January 2022, there are several factors that hopefully will be taken into consideration. First, since his release from the detention center, the patient has maintained consistent employment. Second, Thomas has attended several local and out-of-state peaceful protests without any known incidents. Next, despite the significant emotional difficulties associated with divorce/termination of a relationship, the patient and his former spouse have been able to maintain an amicable relationship which includes his living with her and her current boyfriend without any domestic incidents. Fourth, throughout our sessions Mr. Mosley certainly has been insightful with regards to his poor judgment and wayward decision-making that contributed to some of his unruly behavior. He has expressed remorse and regret for his behavior and choices.

In closing, it is my clinical perspective that although Thomas made some very poor decisions that led to his numerous legal charges, I feel that any threat to society is minimal. While this certainly was poorly depicted in his social media profiles, Mr. Mosley's posturing seemed to be more of a power grab for attention rather than an attempt to commit personal harm. As Thomas has gone through this process, he recognizes the importance and balance of taking a stand for issues of social justice that can be less threatening to others. Please feel free to contact me if you have any other questions or if I may be of any other assistance.

Cordially,

Gregory S. Jones, PhD
Health Psychologist

1300 W. Ridge St. Suite 2, Marquette, MI 49855    p: 906.228.6224    f: 906.228.6224    w: www.premier-psych.com